```
               UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION

GINA L. FRAZIER,                )
                                )
     Plaintiff,                 )
                                )
          v.                    )   NO. 3:07-0818
                                )   Judge Echols/Brown
STATE OF TENNESSEE, TENNESSEE   )   Jury Demand
DEPARTMENT OF CORRECTIONS,      )
                                )
     Defendant.                 )
```

### O R D E R

During a telephone conference held by Magistrate Judge Brown on February 20, 2008, the parties indicated their desire for a settlement conference. (Docket Entry No. 8). The undersigned Magistrate Judge was contacted and agreed to conduct the settlement conference. The parties were directed to contact Ms. McDonald, Courtroom Deputy for the undersigned, in order to schedule such conference. To date the parties have not made contact with the undersigned Magistrate Judge's Chambers. Therefore, a telephone conference is set at **9:30 a.m. on Wednesday, March 5, 2008,** to discuss the status of this case. Counsel for the defendant shall initiate the conference call.

It is so **ORDERED**.

```
                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge
```