UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
GINA L. FRAZIER,                    )
                                    )
     Plaintiff,                     )
                                    )
          v.                        )    NO. 3:07-0818
                                    )    Judge Echols/Brown
STATE OF TENNESSEE, TENNESSEE       )    Jury Demand
DEPARTMENT OF CORRECTIONS,          )
                                    )
     Defendant.                     )
```

## O R D E R

The parties and their respective counsel met for a settlement conference conducted by the undersigned Magistrate Judge on April 2, 2008. The parties negotiated in good faith, but an agreement on a compromise settlement was not reached.

If the parties should decide that further settlement discussions with the Magistrate Judge would be helpful in reaching a settlement, they should notify the Courtroom Deputy in order to schedule a date and time for reconvening this settlement conference.

The Clerk is directed to return the file to Magistrate Judge Brown for further management.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge