UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GINA L. FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-0818 |
| v. ) | Judge Echols |
| ) | |
| STATE OF TENNESSEE DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Defendant. | |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 16) is hereby DENIED.

This case will proceed to Final Pretrial Conference as previously scheduled on **Monday, July 28, 2008 at 2:30 p.m.**

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE